**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-6213**

―――――――――

JAMES H. BENTLEY,

Petitioner - Appellant,

versus

DAVID A. GARRAGHTY, Warden,

Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-00-1700-AM)

―――――――――

Submitted:  April 13, 2001          Decided:  April 25, 2001

―――――――――

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

James H. Bentley, Appellant Pro Se.  Donald Eldridge Jeffrey, III, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James H. Bentley appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  Bentley v. Garraghty, No. CA-00-1700-AM (E.D. Va. filed Jan. 17, 2001; entered Jan. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED